IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE LUIS PATINO PANTOJA | : | CIVIL ACTION |
| v. | : | No. 26-7851 |
| MARKWAYNE MULLIN, *in his capacity as Secretary of the U.S. Department of Homeland Security*, et al. | : | |

**ORDER**

AND NOW, this 24th day of November, 2026, it having been reported the issues between the parties have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** the above action is **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.